[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-12675
Non-Argument Calendar
_____

D.C. Docket No. 6:13-cv-01983-GAP-TBS

BRANCH BANKING AND TRUST COMPANY,
a North Carolina banking corporation, successor in interest to Colonial Bank
by asset acquisition from the FDIC as receiver for Colonial Bank,

Plaintiff - Appellee,

versus

NATIONAL FINANCIAL SERVICES, LLC,
a Delaware limited liability company,

Defendant,

BETTY ROGERS,
an individual,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 1, 2016)

Before WILSON, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Betty Rogers appeals the district court's denial of her motion to add an affirmative defense and grant of Branch Banking and Trust Company's motion for summary judgment. We need not consider these challenges, however, as this Court dismissed them for lack of subject matter jurisdiction. We also limited review on appeal to the deficiency judgment entered against Rogers on June 5, 2015. Rogers fails to discuss the deficiency judgment in either her opening or reply brief, and thus she has waived any arguments pertaining to it. *See Hamilton v. Southland Christian Sch., Inc.*, 680 F.3d 1316, 1318 (11th Cir. 2012) (discussing the well-settled principle that a party abandons an issue "by failing to list or otherwise state it as an issue on appeal"). Accordingly, we affirm the deficiency judgment.

**AFFIRMED.**